**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FREDRICK CRENSHAW,                          :
AIS 217331,
                                            :
      Petitioner,
                                            :
vs.                                                CA 16-0564-KD-C
                                            :
WARDEN K. JONES, et al.,
                                            :
      Respondents.


**ORDER**

      After due and proper consideration of the issues raised, and there

having been no objections filed, the recommendation of the Magistrate

Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 16, 2016 is

**ADOPTED** as the opinion of this Court.

      Accordingly, petitioner's writ of habeas corpus is **TRANSFERRED**

to the United States District Court for the Middle District of Alabama.

      **DONE** this 7th day of December 2016.


                            s/ Kristi K. DuBose
                            KRISTI K. DuBOSE
                            UNITED STATES DISTRICT JUDGE